IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN B. SLADE and
ROBIN S. SLADE, individually
and on behalf of all others
similarly situated,

      Plaintiffs,

v.                                 CASE NO.: 4:11cv5-SPM/WCS

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida
limited liability company,

      Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration of the parties' Joint Motion for Extension to File Answer (doc. 4) and their stipulation (doc. 6), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 4) is granted.

2.    Defendants shall have up to and including February 22, 2011, to respond to the complaint.

DONE AND ORDERED this 15th day of February, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge