IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN B. SLADE and
ROBIN S. SLADE, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                  CASE NO.: 4:11cv5-SPM/WCS

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida
limited liability company,

    Defendant.
_____/

## ORDER ON NOTICE OF CONFLICT WITH TRIAL PERIOD

THIS CAUSE comes before the Court for consideration of Defendant's Notice of Conflict of Trial (doc. 18). Counsel for Defendant shall advise this Court in writing on August 22, 2011, if the conflict noted still exists.

DONE ORDERED this 25th day of March, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge