IN THE UNITED STATES DISTRICT COURT
FO THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN B. SLADE and
ROBIN S. SLADE, individually
and on behalf of all others
 similarly situated,

        Plaintiffs,

v.                            CASE NO.: 4:11cv5-SPM/WCS

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida
limited liability company,

        Defendant.
_____/

## ORDER EXTENDING TIME TO SERVE
## MOTION FOR CLASS CERTIFICATION

    Upon consideration of Plaintiffs' Consent Motion for Extension of Time to

Serve Motion for Class Certification (doc. 24), it is

    ORDERED AND ADJUDGED:

    1.    The motion (doc. 24) is granted.

    2.    Plaintiffs shall have up to and including May 7, 2011 to serve their

motion class certification.

    DONE AND ORDERED this 8th day of April, 2011.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge