IN THE UNITED STATES DISTRICT COURT
FO THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN B. SLADE and
ROBIN S. SLADE, individually
and on behalf of all others
similarly situated,

        Plaintiffs,

v.                          CASE NO.: 4:11cv5-SPM/WCS

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida
limited liability company,

        Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

     This cause comes before the Court on Plaintiffs Motion to Amend
Complaint.  Doc. 26.  Defendant has failed to file a response in opposition as
required under local rule 7.1(C).

     The federal rules provide that "[t]he court should freely give leave [to
amend a complaint] when justice so requires."  Fed.R.Civ.P. 15(a)(2).  "In the
absence of any apparent or declared reason–such as undue delay, bad faith or
dilatory motive on the part of the movant, repeated failure to cure deficiencies by
amendments previously allowed, undue prejudice to the opposing party by virtue
of allowance of the amendment, futility of amendment, etc.–the leave sought

should, as the rules require, be 'freely given.'" <u>Forman v. Davis</u>, 371 U.S. 178,

182 (1962).  Accordingly, it is

ORDERED AND ADJUDGED:

1.      Plaintiffs' Motion to Amend Complaint (doc. 26) is granted.

2.      Plaintiffs shall have up to and including May 25, 2011, to file their

amended complaint.  Defendant shall have 14 days to respond.

DONE AND ORDERED this 23rd day of May, 2011.


*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge